■ APRIL NELL, Appellant, v OLYMPIA & YORK COMPANIES (USA), INC., et al., Respondents. [598 NYS2d 938] —Order and judgment, Supreme Court, New York County (Walter M. Schackman, J.), entered on April 21, 1992 and April 23, 1992, respectively, unanimously affirmed for the reasons stated by Schackman, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Milonas, Wallach, Kassal and Nardelli, JJ.

■ UNITED STATES FIRE INSURANCE COMPANY et al., Respondents, v PHOENIX ASSURANCE COMPANY OF NEW YORK, Appellant. [598 NYS2d 938] —Order, Supreme Court, New York County (Karla Moskowitz, J.), entered on August 18, 1992, unanimously affirmed for the reasons stated by Moskowitz, J., with costs and disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.

■ FEDERAL INSURANCE COMPANY v RYDER TRUCK RENTAL. [598 NYS2d 952] —Upon the Court's own motion, the order entered on April 15, 1993 (192 AD2d 1143) be and hereby is amended to reflect that defendants-respondents-cross-appellants George R. Nadramia and Erie Transfer Company, Inc. are granted leave to appeal to the Court of Appeals. Concur—Sullivan, J. P., Carro, Milonas and Kupferman, JJ.